IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| POLYMER80, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendants. | Civil Action No. 4:23-cv-29 |

## POLYMER80, INC.'S NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3(b)(3), Polymer80, Inc. ("Polymer80"), hereby gives notice that Civil Action No. 4:22-CV-691-O styled *Jennifer Vanderstok, et al., v. Merrick Garland, in his official capacity as Attorney General of the United States, et al.*, in the United States District Court for the Northern District of Texas, Fort Worth Division is related to the above-captioned action. The Honorable Reed C. O'Connor is currently presiding over the related matter, which is still pending.

Respectfully submitted,

1

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Dennis L. Daniels Jr.*
DENNIS L. DANIELS JR.
Texas Bar No. 24107402
dldaniels@bradley.com
3600 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
Telephone (214) 257-9800
Facsimile (214) 939-8787

JAMES W. PORTER, III (*pro hac vice* forthcoming)
jporter@bradley.com
MARC A. NARDONE (*pro hac vice* forthcoming)
mnardone@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Suite 1350
Washington, D.C. 20036
Telephone (202) 393-7150
Facsimile (202) 347-1684

**ATTORNEYS FOR POLYMER80, INC.**

2

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

>*/s/ Dennis L. Daniels*
>Dennis L. Daniels