UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **POLYMER80, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00029-O |
| | § | |
| **MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 14) and Brief in Support (ECF No. 15), filed March 7, 2023; and Plaintiff's Motion for Expedited Briefing Schedule (ECF No. 17), filed March 7, 2023. Plaintiff indicates it is facing irreparable harm that, absent injunctive relief, threatens to put Plaintiff company Polymer80 out of business. In light of this threatened harm, the Court **ORDERS** Defendants to respond to Plaintiff's TRO **no later than March 15, 2023**. Plaintiff may reply **no later than March 20, 2023**. Plaintiff's Motion for Expedited Briefing Schedule (ECF No. 17) is moot.

SIGNED this **8th day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE