UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| POLYMER80, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00029-O |
| | § | |
| MERRICK GARLAND, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 30, 2023, this Court permitted Plaintiff Polymer80, Inc. to intervene in a related case. *See* ECF No. 227, *Vanderstok v. Garland*, Civil Action No. 4:22-cv-00691-O (N.D. Tex. 2022). Plaintiff indicated that if it were permitted to intervene in the related case it would voluntary dismiss the current action. Br. in Support of Mot. to Intervene 2, ECF No. 158. As such, the Court **ORDERS** Plaintiff to file appropriate dismissal papers no later than **July 7, 2023** or, in the alternative, to file a notice informing the Court why dismissal at this juncture is inappropriate. If Plaintiff opts for the latter, Defendants may respond **no later than July 12, 2023**.

**SO ORDERED** this 30th day of June, 2023.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE