UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| POLYMER80, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00029-O |
| § | |
| MERRICK GARLAND, et al., § | |
| § | |
| Defendants. § | |

## ORDER STAYING CASE

Before the Court is Plaintiff Polymer80, Inc.'s Notice in Response to Court Order (ECF No. 37), filed July 7, 2023, requesting a stay in this case. Having considered the same and finding good cause, the Court **STAYS** this action pending the outcome of any potential appeal by the Government of Polymer80's intervention in a related case. *See Vanderstok v. Garland*, Civil Action No. 4:22-cv-000691-O (N.D. Tex. June 30, 2022) (granting Polymer80, Inc.'s motion to intervene). Polymer80 is **ORDERED** to file a status report on the docket in this case no more than 30 days after the close of the relevant period for appeal or the resolution of any such appeal that is made, whichever date is later.

The Clerk of Court is **DIRECTED** to administratively close the case for statistical purposes until otherwise directed.

**SO ORDERED** this **12th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE