UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| POLYMER80, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00029-O |
| | § | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Stay Preliminary Injunction (ECF No. 44), filed November 3, 2023. In order to more efficiently resolve the issues presented, the Court **ORDERS** Plaintiff to respond on or before **November 8, 2023** and Defendants to reply on or before **November 10, 2023**.

**SO ORDERED** this **3rd day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE