**FILED**

**November 30, 2023**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

———————

No. 23-10527

———————

POLYMER80, INCORPORATED,

*Plaintiff—Appellee*,

*versus*

MERRICK GARLAND, *U.S. Attorney General, In his Official Capacity as Attorney General of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, *In his Official Capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-29

———————————————————

UNPUBLISHED ORDER

Before STEWART, CLEMENT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion to stay the injunction pending appeal is GRANTED. In accordance with the stay granted by the Supreme Court in *Garland v. VanDerStok*, No. 23A82 (Aug. 8, 2023): if a petition for a writ of certiorari is not timely sought in

No. 23-10527

*VanDerStok*, this stay shall terminate automatically as of the date on which the petition was due; and if a petition for a writ of certiorari is timely sought in *VanDerStok*, this stay shall remain in effect until either (a) the date on which the Supreme Court denies certiorari, at which time the Supreme Court's stay will terminate automatically, or (b) if the Supreme Court grants certiorari, the date on which the Supreme Court issues its judgment.