# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10527   Polymer80 v. Garland
                    USDC No. 4:23-CV-29

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

Mr. Connor McCarthy Blair
Mr. Dennis Daniels
Mr. Sean Janda
Ms. Karen S. Mitchell
Mr. Marc A. Nardone
Mr. Jeremy Samuel Bloch Newman
Mr. James Wallace Porter III
Mr. John Parker Sweeney