UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **POLYMER80, INC.,** § § **Plaintiff,** § § v. § § **MERRICK GARLAND, in his official** § **capacity as Attorney General of the** § **United States; UNITED STATES** § **DEPARTMENT OF JUSTICE; STEVEN** § **DETTELBACH, in his official capacity as** § **Director of the Bureau of Alcohol,** § **Tobacco, Firearms and Explosives; and** § **BUREAU OF ALCOHOL, TOBACCO,** § **FIREARMS AND EXPLOSIVES,** § § **Defendants.** § | Civil Action No. 4:23-cv-00029-O |

## ORDER

Before the Court is Defendants' Motion to Lift Stay, to Dismiss Action, and to Vacate Preliminary Injunction and Temporary Restraining Order, or for an Indicative Ruling (ECF No. 39), filed August 18, 2023; Plaintiff's Response in Opposition to Defendants' Motion (ECF Nos. 40, 41), filed September 8, 2023; and Defendants' Reply in Support of the Motion (ECF No. 42), filed September 22, 2023. Also before the Court is Defendants' Motion to Stay Preliminary Injunction (ECF No. 44), filed November 3, 2023; Plaintiff's Response in Opposition to the Motion to Stay and Plaintiff's Motion for Sanctions (ECF Nos. 46, 47), filed November 8, 2023; Defendants' Reply in Support of the Motion to Stay (ECF No. 48), filed November 10, 2023; and Defendants' Response in Opposition to the Motion for Sanctions (ECF No. 49). Finally before the Court is Plaintiff's Status Report in Response to the July 12, 2023 Order of the Court (ECF No. 51), filed December 11, 2023.

Having reviewed the parties' briefing and applicable law, the Court is of the opinion that the Motion to Lift Stay, to Dismiss Action, and to Vacate Preliminary Injunction and Temporary Restraining Order, or for an Indicative Ruling (ECF No. 39) and the Motion to Stay Preliminary Injunction (ECF No. 44) should be and are hereby **DENIED for mootness**. *See Polymer80 v. Garland*, No. 23-10527 (5th Cir. Nov. 30, 2023) (Fifth Circuit Stay Order) (citing *Garland v. VanDerStok*, No. 23A82 (U.S. Aug. 8, 2023) (Supreme Court Stay Order)).

Accordingly, it is **ORDERED** that the above-captioned case shall remain **STAYED** pending termination of the stay granted in the November 30, 2023 Order of the United States Court of Appeals for the Fifth Circuit and the stay granted in the August 8, 2023 Order of the Supreme Court of the United States. *See id.* The Clerk of Court is **DIRECTED** to keep the case administratively closed for statistical purposes until otherwise directed by the Court.

**SO ORDERED** on this **5th day** of **January, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**