IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **POLYMER80, INC.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    **Civil Action No.** |
| | )    **4:23-cv-00029-O** |
| **MERRICK GARLAND,** in his official | ) |
| capacity as Attorney General of the United | ) |
| States, *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Polymer80, Inc., hereby files this Notice of Dismissal Without Prejudice. This action is therefore dismissed without prejudice, and with each party to bear its own costs, attorneys' fees, and expenses.[1]

District Court proceedings in this case are currently stayed. (*See* Doc. 52). Polymer80 hereby consents to the Court and/or Clerk of Court lifting the stay to the extent necessary to effectuate this Notice of Dismissal Without Prejudice. Polymer80 also hereby withdraws its Motion for Sanctions. (Doc. 46).

---

[1] Polymer80 specifically notes that this dismissal without prejudice does not prejudice its ability to prosecute its claims in *VanDerStok, et al. v. Garland, et al.*, No. 4:22-cv-00691-O, and appellate proceedings associated with that case.

1

Dated: February 14, 2024                                    Respectfully submitted,

                                                **BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ *Dennis L. Daniels Jr.*
DENNIS L. DANIELS JR.
Texas Bar No. 24107402
3600 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
Telephone: (214) 257-9800
dldaniels@bradley.com

JAMES W. PORTER, III (*pro hac vice*)
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8285
jporter@bradley.com

*Counsel for Plaintiff Polymer80, Inc.*

## CERTIFICATE OF SERVICE

  I certify that on February 14, 2024, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

            */s/ Dennis L. Daniels Jr.*
            Dennis L. Daniels Jr.